```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LESLIE PAUL HOWARTH,              :
          Plaintiff               :
     v.                           : Civil Action No. 05-33J
WAL-MART STORES, INC.,            :
          Defendant               :
```

### JUDGMENT ORDER

AND NOW, this 21st day of November, 2005, IT IS HEREBY ORDERED that judgment is entered in favor of defendant, Wal-Mart Stores, Inc., and against plaintiff, Leslie Paul Howarth.

BY THE COURT:

s/Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

cc:  Leslie Paul Howarth, Ph.D.
     211 Bentwood Avenue
     Johnstown, PA 15904-1333

     David S. Fryman, Esquire
     1735 Market Street, 51st Floor
     Philadelphia, PA 19103-7599